JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SHEATONE KAUFMAN, ) | Case No. CV 07-4230-MLG |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| MICHAEL A. ASTRUE, ) | |
| COMMISSIONER OF THE SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| Defendants. ) | |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: February 12, 2008

_____
Marc L. Goldman
United States Magistrate Judge